AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | ) | |
|---|---|---|
| Denise Miles | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 3:16-cv-00297 |
| Amsher Collection Services, Inc. | ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Amsher Collection Services, Inc.
R/A Illinois Corporation Service Co.
801 Stevenson Drive
Springfield, Illinois 62703

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Attn: Thomas R. Applewhite
Donner Applewhite, Attorneys at Law
1108 Olive Street, Suite 200
Saint Louis, Missouri 63101
E-mail: tom.applewhite@da-lawfirm.com
Phone: 314-541-6437 / Fax: 1-888-785-4461

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/21/16

*Signature of Clerk or Deputy Clerk*