IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **DENISE MILES**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 16-297-SMY-PMF |
| | ) | |
| **AMSHER COLLECTION SERVICES, INC.**, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED and agreed to by and between Plaintiff and Defendant, that the above-captioned action, shall be and is hereby dismissed with prejudice without costs, disbursements or attorney fees to any party and that a judgment of dismissal with prejudice may be entered in the above-captioned action accordingly.

Dated: 4/20/2016

Respectfully submitted,

**DONNER APPLEWHITE, ATTORNEYS AT LAW**

By: */s/ Thomas R. Applewhite*
Thomas R. Applewhite, #6310947
1108 Olive Street, Suite 200
St. Louis, Missouri 63101
Phone:       (314) 240-5351
Facsimile:   (888) 785-4461
Email:        tom.applewhite@da-lawfirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2016, the foregoing was filed utilizing this Court's ECF system, which will distribute an electronic version of the foregoing to all counsel and parties of record. Furthermore, a copy of the foregoing was sent via e-mail to maury@mcobblaw.com.

*/s/ Thomas R. Applewhite*