# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

Denise Miles,
*Plaintiff(s)*

v.  Case Number: 16-297-SMY-PMF

Amsher Collection Services Inc.,
*Defendant(s)*

## NOTICE OF STRIKING
## ELECTRONICALLY FILED DOCUMENTS

DOCUMENT NUMBER: 6  DOCUMENT TITLE: Stipulation of Dismissal

One of the following errors/deficiencies has been identified in the document listed above:

☒  Other: Document must be filed as a Notice of Dismissal since not signed by all parties.

### ACTION TAKEN BY CLERK'S OFFICE

☒  Docket entry STRICKEN as ordered by the Court.

### ACTION REQUIRED BY FILER

☒  Document must be re-filed.

Dated: April 29, 2016

JUSTINE FLANAGAN, Acting Clerk of Court

By:  *s/ Mary Rakers*
Deputy Clerk